# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 1:25-cr-27 |
| | ) | |
| v. | ) | Judge Atchley |
| | ) | |
| TANNER HANKS | ) | Magistrate Judge Steger |

## ORDER

U.S. Magistrate Judge Christopher H. Steger filed a report and recommendation [Doc. 23] recommending that the Court: (1) grant Defendant's motion to withdraw his not guilty plea to Count One of the three count Indictment; (2) accept Defendant's guilty plea to Count One of the three count Indictment; (3) adjudicate Defendant guilty of possession of a firearm by a convicted felon in violation of 18 U.S.C. § 922(g)(1); and (4) order that Defendant remain in custody pending sentencing or further order of the Court.

No party has objected to Magistrate Judge Steger's Report and Recommendation, and the time for doing so has since expired. The Court has nevertheless reviewed the record and agrees with Magistrate Judge Steger's well-reasoned conclusions. Accordingly, the Court **ACCEPTS** and **ADOPTS** Magistrate Judge Steger's Report and Recommendation [Doc. 23] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not guilty plea to Count One of the three count Indictment is **GRANTED**;

2. Defendant's plea of guilty to Count One of the three count Indictment is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of distribution of possession of a firearm by a convicted felon in violation of 18 U.S.C. § 922(g)(1); and

1

4. Defendant **SHALL REMAIN** in custody until further order of this Court or sentencing in this matter which is scheduled to take place on **October 9, 2025, at 10:00 a.m.**

   **SO ORDERED.**

   /s/ Charles E. Atchley, Jr.
   **CHARLES E. ATCHLEY, JR.**
   **UNITED STATES DISTRICT JUDGE**

2

Case 1:25-cr-00027-CEA-CHS   Document 25   Filed 06/24/25   Page 2 of 2   PageID #: 71